AO91 (Rev. 12/03)   Criminal Complaint                                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> vs. <br> Luis Alberto RODRIGUEZ-Parra <br> A205 728 331  Mexico | **CRIMINAL COMPLAINT** <br><br> Case Number: 1:14-po-1641 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about February 01, 2013 in Hidalgo County, in the Southern District Of Texas defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title    8    United States Code, Section(s)    1325(a)(1)

I further state that I am a(n)    Border Patrol Agent    and that this complaint is based on the following facts:

The defendant was apprehended in San Benito, Texas on October 30, 2014. The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River near Hidalgo, Texas on February 1, 2013 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Alvarez Jr., Jose L.   Border Patrol Agent
Signature of Complainant

Alvarez Jr., Jose L.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 31, 2014                                                       at    Brownsville, Texas
Date      City/State

Ronald Morgan         U.S. Magistrate Judge
Name of Judge         Title of Judge         Signature of Judge